# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 3:03cr8 |
| | § | (Judge Schell) |
| LIZA LAWONNA BESHIRS (2) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on September 12, 2014, to determine whether Defendant violated her supervised release.

On July 23, 2004, Defendant was sentenced by the Honorable Richard A. Schell to one hundred and twenty-one (121) months' custody followed by four (4) years of supervised release for the offense of Conspiracy to Manufacture, Distribute, or Possess with the Intent to Manufacture, Distribute, or Dispense Methamphetamine. On August 17, 2005, an amended judgment was imposed reducing the term of imprisonment to eighty-one (81) months. On November 12, 2010, Defendant completed her term of imprisonment and began service of her supervised term.

On May 27, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated a mandatory and a standard condition.

Prior to the Government putting on its case, Defendant entered a plea of true to all of the violations.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release.

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months with no supervised release to follow. It is also recommended that Defendant be housed in the Bureau of Prisons, Carswell/Fort Worth Unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 12th day of September, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE